IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. BRADSHAW                                            Plaintiff

v.                          5:07CV00010 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                     Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 8th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE