IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. BRADSHAW                                                                           PLAINTIFF

v.                                          5:07CV00010  JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                     DEFENDANT

### ORDER

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $3,858.47. The Defendant should certify said award and pay the Plaintiff's attorney this amount.

IT IS SO ORDERED this 30th day of April, 2008.

                                                                    /s/ John F. Forster, Jr.
                                                                    UNITED STATES MAGISTRATE JUDGE